IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Davis, Dwayne E | Case Number: 07 B 03070 |
| | Judge: Squires, John H |
| Printed: 11/25/08 | Filed: 2/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 17, 2008
Confirmed: April 18, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,126.00 | |
| Secured: | | 5,651.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 460.38 |
| Other Funds: | | 1,014.00 |
| Totals: | 9,126.00 | 9,126.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Martin J O'Hearn | Administrative | 2,000.00 | 2,000.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | USA One National Credit Union | Secured | 0.00 | 0.00 |
| 6. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 7. | Car Credit Company | Secured | 2,900.00 | 2,550.00 |
| 8. | Litton Loan Servicing | Secured | 5,950.93 | 3,101.62 |
| 9. | Portfolio Recovery Associates | Unsecured | 552.01 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 247.23 | 0.00 |
| 11. | Nationwide Collection Inc | Unsecured | 73.02 | 0.00 |
| 12. | USA One National Credit Union | Unsecured | 305.51 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 554.78 | 0.00 |
| 14. | Home Loan Services | Secured | | No Claim Filed |
| 15. | Home Loan Services | Secured | | No Claim Filed |
| 16. | Mississippi Dept Of Human Services | Priority | | No Claim Filed |
| 17. | Rnb Fields3 | Unsecured | | No Claim Filed |
| 18. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 19. | Protection One | Unsecured | | No Claim Filed |
| 20. | U S Cellular | Unsecured | | No Claim Filed |
| 21. | Truegreen Chemlawn | Unsecured | | No Claim Filed |
| 22. | Visa | Unsecured | | No Claim Filed |
| | | | $ 12,583.48 | $ 7,651.62 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Davis, Dwayne E

Printed: 11/25/08

Case Number:  07 B 03070
Judge:  Squires, John H
Filed:  2/22/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 328.54 |
| 6.5% | 131.84 |
|  | $ 460.38 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

